IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JUAN PEDRO DUQUE,**<br><br>               **Plaintiff,**<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>               **Defendants.** | Case No. 3:24-CV-02183-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on September 23, 2025 (Doc. 17), the Commissioner's final decision denying Plaintiff Juan Pedro Duque's application for disability benefits is **AFFIRMED**.

    Judgment is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Juan Pedro Duque.

    **DATED: September 23, 2025**

                                                              MONICA A. STUMP,
                                                              Clerk of Court

                                                              By: s/ *Jackie Muckensturm*
                                                                      Deputy Clerk

    **APPROVED:** s/ *Stephen P. McGlynn*
                       STEPHEN P. McGLYNN
                     U.S. District Judge